Niel Prosser (TN Bar No. 11647/CO Bar No. 58650)
Kyle Johnson (TN Bar No. 36066/CO Bar No. 58644)
Alex Bunn (TN Bar No. 40490/CO Bar No. 58512)
(*pro hac vice application forthcoming*)
**Prosser & Johnson, PLLC**
5865 Ridgeway Center Parkway, Suite 300
Memphis, TN 38120
Telephone: (901) 820-4433
Facsimile: (901) 767-0704
np@prosserlaw.com
kjohnson@prosserlaw.com
abunn@prosserlaw.com

Alexander P. McLaughlin (ISB No. 7977)
Robert B. White (ISB No. 4438)
**Givens Pursley LLP**
601 W. Bannock St.
Boise, ID 83702
Telephone: (208) 388-1200
Facsimile: (208) 388-1300
alexmclaughlin@givenspursley.com
rbw@givenspursley.com

*Counsel for Plaintiff, First Technology Federal Credit Union*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FIRST TECHNOLOGY FEDERAL CREDIT UNION, | CASE NO. 1:25-cv-00582 BLW |
| Plaintiff, | **PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND TO SET LATER HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| LPL FINANCIAL, LLC, OSAIC WEALTH INC., ALFRED "JACK" JACKSON, SAGE KENDALL, KRISTINA HERNANDEZ, FAMILY TREE FINANICAL, LLC, AND JACKSON HOLDINGS LLC, | |
| Defendants. | |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
AND TO SET LATER HEARING ON PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION**

COMES NOW Plaintiff, First Technology Federal Credit Union ("First Tech" or "Plaintiff"), by and through its undersigned counsel of record, and hereby respectfully moves the Court pursuant to Rule 65 of the Federal Rules of Civil Procedure to: (1) to issue a Temporary Restraining Order ("TRO") against all the Defendants[1] and providing the relief as set forth in its Proposed Order; and (2) after a period for expedited discovery, issue a preliminary injunction extending that relief as well as awarding any additional, different or other relief to which Plaintiff may then be entitled, until the issue of permanent injunctive relief is decided by an arbitration panel in a later proceeding or this Court, as the case may be.

In support of its Motion, First Tech relies upon the contemporaneously filed Memorandum of Law in Support of the Motion as well as First Tech's Complaint for Injunctive Relief (Dkt. 1) (the "Complaint") and the forty-three (43) Exhibits to the Complaint, including the sworn Declarations therein.

Respectfully submitted this 16th day of October, 2025.

PROSSER & JOHNSON, PLLC

/s/ Niel Prosser
Niel Prosser
Kyle Johnson
Alex Bunn

GIVENS PURSLEY LLP

/s/ Robert B. White
Alexander P. McLaughlin
Robert White
*Attorneys for First Technology Federal Credit Union*

---

[1] The "Defendants" refer collectively to all Defendants, Alfred "Jack" Jackson , Kristina Hernandez , Jackson Holdings, LLC d/b/a Riverside Financial Planning , LPL Financial, LLC , as well as Sage Kendall , Family Tree Financial, LLC  and Osaic Wealth, Inc.

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**
**AND TO SET LATER HEARING ON PLAINTIFF'S MOTION FOR**
**PRELIMINARY INJUNCTION - 1**