5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

FIRST TECHNOLOGY FEDERAL CREDIT UNION
　　Plaintiff,
v.
LPL FINANCIAL, LLC, OSAIC WEALTH INC., ALFRED "JACK" JACKSON, SAGE KENDALL, KRISTINA HERNANDEZ, FAMILY TREE FINANICAL, LLC, AND JACKSON HOLDINGS LLC,
　　Defendants.

Case No. 1:25-cv-00582 BLW

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Kyle Johnson, hereby applies for admission pro hac vice to appear and participate in this case on behalf of First Technology Federal Credit Union.

The applicant hereby attests as follows:

1. Applicant resides in Denver, CO, and practices at the following address and phone number 3801 E. Florida Ave., Suite 107D, Denver, CO 80210
901-827-1337

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Tennessee State Courts | 2017 |
| Colorado State Courts | 2023 |
| Federal Court -- Western District of Tennessee | 2018 |
| 6th Circuit Court of Appeals | 2023 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Robert B. White, a member in good standing of the bar of this court, of the firm of Givens Pursley, LLP, practices at the following office address and phone number:
601 W. Bannock St., Boise, ID 83702
208-388-1270

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 16th day of October, 2025.

/s/ Kyle Johnson　　　　　　　　　　　　　　　/s/ Robert B. White
Applicant　　　　　　　　　　　　　　　　　　Designee

Signed under penalty of perjury.