Joshua D. Hurwit (ISB #9527)
Anne Henderson Haws (ISB #10412)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
JDHurwit@hollandhart.com
AHHaws@hollandhart.com

Theodore E. Harman (*Pro Hac Vice forthcoming*)
Ryan W. Mitsos (*Pro Hac Vice forthcoming*)
LAWRENCE KAMIN LAW
300 S. Wacker Dr., Suite 500
Chicago, IL 60606
Telephone: 312.469.3204
tharman@LawrenceKaminLaw.com
rmitsos@LawrenceKaminLaw.com

Attorneys for Defendants Alfred "Jack" Jackson, Sage Kendall, Kristina Hernandez, and Jackson Holdings, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FIRST TECHNOLOGY FEDERAL CREDIT UNION,<br><br>　　　　Plaintiff.<br><br>vs.<br><br>LPL FINANCIAL, LLC, OSAIC WEALTH INC., ALFRED "JACK" JACKSON, SAGE KENDALL, KRISTINA HERNANDEZ, FAMILY TREE FINANCIAL, LLC, and JACKSON HOLDINGS, LLC,<br><br>　　　　Defendants. | Case No. 1:25-cv-00582-BLW<br><br>**DECLARATION OF ALFRED "JACK" JACKSON IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

Alfred "Jack" Jackson, under penalty of perjury, declares and says:

1. When I decided to leave First Technology Federal Credit Union ("First Tech") and Raymond James Financial Services, Inc. ("Raymond James") to form Riverside Financial Planning ("Riverside") and join LPL Financial, LLC ("LPL"), I did so pursuant to the Protocol for Broker Recruiting.

2. In order to access the information I used to create the Protocol Lists, I logged into the Raymond James system and compiled information relating to my clients contained in that system. I did not log into First Tech's system to access such information.

3. The security camera images from the evening of September 8, 2025 show me with the Protocol List which I was leaving in my desk drawer for First Tech and Raymond James.

4. Since September 10, 2025 I do not believe I used any of the contact information contained in the Protocol Lists to reach out to clients. I believe any communications I had with clients since September 10, 2025 have resulted from clients contacting me, me responding to the communication from clients, and the use of contact information provided directly to me by clients.

5. I have also contacted clients using contact information available through public search tools.

PURSUANT TO 28 U.S.C. §1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

EXECUTED: October 24, 2025

_____
Alfred "Jack" Jackson