Joshua D. Hurwit (ISB #9527)
Anne Henderson Haws (ISB #10412)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
JDHurwit@hollandhart.com
AHHaws@hollandhart.com

Theodore E. Harman (*Pro Hac Vice forthcoming*)
Ryan W. Mitsos (*Pro Hac Vice forthcoming*)
LAWRENCE KAMIN LAW
300 S. Wacker Dr., Suite 500
Chicago, IL 60606
Telephone: 312.469.3204
tharman@LawrenceKaminLaw.com
rmitsos@LawrenceKaminLaw.com

Attorneys for Defendants Alfred "Jack" Jackson, Sage Kendall, Kristina Hernandez, and Jackson Holdings, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FIRST TECHNOLOGY FEDERAL CREDIT UNION,<br><br>　　　　Plaintiff.<br><br>vs.<br><br>LPL FINANCIAL, LLC, OSAIC WEALTH INC., ALFRED "JACK" JACKSON, SAGE KENDALL, KRISTINA HERNANDEZ, FAMILY TREE FINANCIAL, LLC, and JACKSON HOLDINGS, LLC,<br><br>　　　　Defendants. | Case No. 1:25-cv-00582-BLW<br><br>**DECLARATION OF SAGE KENDALL IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

Sage Kendall, under penalty of perjury, declares and says:

1. When I decided to leave First Technology Federal Credit Union ("First Tech") and Raymond James Financial Services, Inc. ("Raymond James") join Family Tree Financial, LLC ("Family Tree") and Osaic Wealth, Inc. ("Osaic"), I did so pursuant to the Protocol for Broker Recruiting.

2. In order to access the information I used to create the Protocol Lists, I logged into the Raymond James system and compiled information relating to my clients contained in that system. I did not log into First Tech's system to access such information.

3. While I have not reviewed the document since September 12, 2025, I am certain that all of the "spouses" listed on the "Kendall Spousal List" attached to the Complaint in this matter as Exhibit 31 were also clients of mine to whom I provided investment advice through Raymond James.

4. The "Kendall Holdings List" attached to the Complaint in this matter as Exhibit 32 does not list any clients. Rather, the Kendall Holdings List is compilation of the various types of investments such as mutual funds or individual securities held by clients without any specification of which client holds such investments. My purpose is accessing this list on August 5, 2025 was to confirm with Osaic whether it would be able to hold such investments in the event that I moved to Osaic and clients subsequently elected to follow me to Osaic.

5. The security camera images from the evening of September 8, 2025 show me with the Protocol List which I was leaving in my desk drawer for First Tech and Raymond James.

6. Since September 12, 2025 I have not used any of the contact information contained in the Protocol Lists to reach out to clients. Any communications I have had with clients since September 12, 2025 have resulted from clients reaching out to me and me responding to the

DECLARATION OF SAGE KENDALL IN SUPPORT OF OPPOSITION TO PLAINTIFF'S
MOTION FOR TEMPORARY RESTRAINING ORDER – 2

communication from the client on the timeline requested by the client and the use of contact information provided directly to me by the clients.

7. I have also been able to locate contact information for clients using publicly available search tools.

8. When I left First Tech and Raymond James, I had no recollection of signing the Statement of Understanding attached to the Complaint in this matter as Exhibit 8.

PURSUANT TO 28 U.S.C. §1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

EXECUTED: October 24, 2025

_____
Sage Kendall

36021351_v1

DECLARATION OF SAGE KENDALL IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER – 3