Joshua D. Hurwit (ISB #9527)
Anne Henderson Haws (ISB #10412)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
JDHurwit@hollandhart.com
AHHaws@hollandhart.com

Theodore E. Harman (*Pro Hac Vice forthcoming*) Ryan
W. Mitsos (*Pro Hac Vice forthcoming*) LAWRENCE
KAMIN LAW
300 S. Wacker Dr., Suite 500
Chicago, IL 60606
Telephone: 312.469.3204
tharman@LawrenceKaminLaw.com
rmitsos@LawrenceKaminLaw.com

Attorneys for Defendants Alfred "Jack" Jackson, Sage Kendall, Kristina Hernandez, and
Jackson Holdings, LLC

## IN THE UNITED STATES DISTRICT

## COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FIRST TECHNOLOGY FEDERAL CREDIT UNION, | Case No. 1:25-cv-00582-BLW |
| Plaintiff. | **DECLARATION OF RYAN W. MITSOS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |
| vs. | |
| LPL FINANCIAL, LLC, OSAIC WEALTH INC., ALFRED "JACK" JACKSON, SAGE KENDALL, KRISTINA HERNANDEZ, FAMILY TREE FINANCIAL, LLC, and JACKSON HOLDINGS, LLC, | |
| Defendants. | |

Ryan W. Mitsos, under penalty of perjury, declares and says:

1.      I am an attorney at the Lawrence Kamin Law Firm ("Lawrence Kamin") and I represent Defendants Alfred "Jack" Jackson, Sage Kendall, Kristina Hernandez, and Jackson Holdings, LLC (herein "Defendants") in this case. As a result of that representation, I have knowledge with respect to the underlying and background facts, including communications with counsel for Plaintiff, Prosser & Johnson Law.

2.      Attached hereto are true and correct copies of the following correspondence and documents that either I and/or my office received or made in connection with the issues raised in this case:

> a.      **Exhibit A**: Email dated September 10, 2025, from LPL Financial, LLC. forwarding an email from Aaron S. Furniss.[1]
>
> b.      **Exhibit B**: Letter dated September 10, 2025, from undersigned law firm ("Lawrence Kamin").
>
> c.      **Exhibit C**: Email dated September 12, 2025, sent from counsel for Sage Kendall to First Tech's lawyer ("Prosser").
>
> d.      **Exhibit D**: Email dated October 12, 2025, containing link access to Sage Kendall's personnel file.
>
> e.      **Exhibit E**: Letter dated September 15, 2025, from Lawrence Kamin responding to the Sage Demand.
>
> f.      **Exhibit F**: Letter dated September 15, 2025, from Lawrence Kamin responding to the Riverside Demand.

---

[1] Exhibit A contains a redaction to preserve attorney client privileged communications. The substance of the redacted portion of Exhibit A has no bearing on the issues before the Court.

g.    **Exhibit G**: Letter dated September 17, 2025, from Prosser as a follow on to the Riverside Demand.

h.    **Exhibit H**: Letter dated September 18, 2025, from Prosser as a follow on to the Sage Demand.

i.    **Exhibit I**: Email dated September 18, 2025, in follow up to meet and confer of that date.

j.    **Exhibit J**: Proposed Agreement Regarding Inspections of Electronically Stored Information prepared in response to Riverside Demand.

k.    **Exhibit K**: Proposed Agreement Regarding Inspections of Electronically Stored Information prepared in response to Sage Demand.

l.    **Exhibit L**: Email dated September 19, 2025, providing Proposed Agreements Regarding Inspections of Electronically Stored Information to Prosser.

m.    **Exhibits M, N, O, P, Q, R, S**: Email chain spanning from September 19, 2025, to September 25, 2025, between Prosser & Johnson Law and Lawrence Kamin regarding the Proposed Agreements Regarding Inspections of Electronically Stored Information and other related matters.

n.    **Exhibit T**: Revised Proposed Agreement Regarding Inspections of Electronically Stored Information prepared in response to Riverside Demand.

o.    **Exhibit U**: Email of September 29, 2025, from Prosser to Lawrence Kamin, proposing Plaintiff's ESI Protocol.

DECLARATION OF RYAN W. MITSOS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER – 3

p.    **Exhibit V**: Email of October 1, 2025, from Lawrence Kamin to Prosser requesting meet and confer on ESI Protocol.

q.    **Exhibits W, X, Y, Z**: Email chain spanning September 19, 2025, to October 3, 2025, between Prosser & Johnson Law and Lawrence Kamin representing final stage of meet and confer on Inspections of Electronically Stored Information and related issues prior to Plaintiff filing this case.

r.    **Exhibit AA**: Email of October 6, 2025, from Prosser to Lawrence Kamin, cancelling planned October 7, 2025 meet and confer between counsel.

s.    **Exhibit AB**: Successor Advisor Commission Agreement between the Investment Services Division of First Tech Federal Credit Union and Alred "Jack" Jackson, effective December 21, 2020.

t.    **Exhibit AC**: Successor Advisor Commission Agreement between the Investment Services Division of First Tech Federal Credit Union and Sage Kendall, effective December 21, 2020.

PURSUANT TO 28 U.S.C. §1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

EXECUTED: October 24, 2025

_____
Ryan W. Mitsos

36026485_v1

DECLARATION OF RYAN W. MITSOS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER – 4