Kira Dale (ISB No. 6571)
Ashton G. Ruff (ISB No. 12220)
**KIRTON MCCONKIE**
1100 W. Idaho St., Ste. 930
Boise, ID 83702
Telephone:  (208) 370-3325
Facsimile:  (208) 370-3324
kdale@kmclaw.com
aruff@kmclaw.com

Amir Tadjedin (OSB No. 055613) (*pro hac vice*)
Julie Engbloom (OSB No. 066988) (*pro hac vice*)
Vera Warren (OSB No. 194747) (*pro hac vice*)
**TADJEDIN THOMAS & ENGBLOOM LAW GROUP LLP**
1211 NW Glissan St., Ste. 203
Portland, OR 97209
Telephone: (503) 224-9294
Facsimile: (503) 229-0405
amirt@ttelawgroup.com
juliee@ttelawgroup.com
veraw@ttelawgroup.com

*Attorneys for Defendants Osaic Wealth, Inc.
  and Family Tree Financial LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FIRST TECHNOLOGY FEDERAL CREDIT UNION,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>LPL FINANCIAL, LLC; OSAIC WEALTH, INC.; ALFRED "JACK" JACKSON; SAGE KENDALL; KRISTINA HERNANDEZ; FAMILY TREE FINANCIAL LLC; and JACKSON HOLDINGS, LLC,<br><br>　　　　　　　　　Defendants. | Case No. 1:25-cv-00582-BLW<br><br>**STIPULATION TO EXTEND DEFENDANTS OSAIC WEALTH, INC. AND FAMILY TREE FINANCIAL LLC'S DEADLINE TO (1) FILE OPPOSITION TO PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY [DKT 6] AND (2) RESPOND TO THE COMPLAINT [DKT 1]** |

Pursuant to Federal Rules of Civil Procedure 6(b)(1) and District of Idaho Local Rule 6.1(a), Plaintiff First Technology Federal Credit Union ("First Tech") and Defendants Osaic Wealth Inc. ("Osaic") and Family Tree Financial LLC ("Family Tree") (collectively referred to herein as "Defendants"), by and through their respective counsel of record, hereby stipulate and jointly move the Court for an order extending two upcoming deadlines:

1. Defendants' deadline to file their opposition to Plaintiff's Motion for Expedited Discovery [Dkt. 6] from Thursday, November 6, 2025, to Thursday, November 13, 2025; and

2. Defendants' deadline to respond to the Complaint [Dkt. 1] from Friday, November 7, 2025, to Friday, November 14, 2025.

Good cause exists for these short extensions. Counsel for Defendants are currently consulting with their clients regarding whether Defendants will elect to have the claims against them proceed to arbitration before the Financial Industry Regulatory Authority ("FINRA"). If Defendants stipulate to arbitration, discovery and responsive pleadings will be governed by FINRA's procedural rules, and briefing the Defendants' opposition to First Tech's Motion for Expedited Discovery may be rendered unnecessary or substantially narrowed.

Because Defendants' internal decision-making process remains ongoing and lead in-house counsel is presently engaged in hearings this week, Defendants request a seven-day extension of both deadlines to allow adequate time to finalize their position and prepare the appropriate filings. Plaintiff does not oppose this request.

This is the first request to extend these deadlines, and the requested extensions will not affect any other dates or deadlines set by the Court.

DATED this 6th day of November, 2025.

**KIRTON MCCONKIE**

*/s/ Kira Dale*
Kira Dale

**TTE LAW GROUP LLP**

*/s/ Amir Tadjedin w/permission*
Amir Tadjedin
*Attorneys for Defendants Osaic Wealth, Inc. and Family Tree Financial LLC*

**PROSSER & JOHNSON, PLLC**

*/s/ Niel Prosser w/permission*
Niel Prosser

**GIVENS PURSLEY LLP**

*/s/ Robert White w/permission*
Robert White
*Attorneys for Plaintiff First Technology Federal Credit Union*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 6th day of November, 2025, I electronically filed the foregoing document through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **Alexander Rudman Bunn**
  abunn@prosserlaw.com

- **Nicole C Hancock**
  nicole.hancock@stoel.com, gina.wyner@stoel.com, maren.armbrust@stoel.com, docketclerk@stoel.com, julie.deshaw@stoel.com, hillary.bibb@stoel.com, tracy.horan@stoel.com, emina.hasanovic@stoel.com, karissa.armbrust@stoel.com

- **Theodore E Harman**
  tharman@lawrencekaminlaw.com

- **Anne Henderson Haws**
  aehenderson@hollandhart.com, intaketeam@hollandhart.com, cmcarvalho@hollandhart.com

- **Kyle Daniel Johnson**
  kjohnson@prosserlaw.com, tberry@prosserlaw.com, abunn@prosserlaw.com, np@prosserlaw.com

- **Samuel P Mauch**
  smauch@saretsky.com, skopmar@saretsky.com, kfiema@saretsky.com, mhart@saretsky.com

- **Alexander P. McLaughlin**
  alexmclaughlin@givenspursley.com, stacywardein@givenspursley.com, tmh@givenspursley.com

- **Eric A Michaels**
  emichaels@saretsky.com, skopmar@saretsky.com, smauch@saretsky.com, kfiema@saretsky.com, mhart@saretsky.com

- **Bradley R. Prowant**
  bradley.prowant@stoel.com, docketclerk@stoel.com, christina.hartman@stoel.com

- **Robert Blaine White**
  rbw@givenspursley.com, kendrah@givenspursley.com, mhw@givenspursley.com

and any others as listed on the Court's ECF Notice.

 /s/ Kira Dale
Kira Dale