Joshua D. Hurwit (ISB #9527)
Anne Henderson Haws (ISB #10412)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
jdhurwit@hollandhart.com
ahhaws@hollandhart.com

Theodore E. Harman (*Admitted Pro Hac Vice*)
Ryan W. Mitsos (*Admitted Pro Hac Vice*)
LAWRENCE KAMIN LAW
300 S. Wacker Dr., Suite 500
Chicago, IL 60606
Telephone: 312.469.3204
tharman@lawrencekaminlaw.com
rmitsos@lawrencekaminlaw.com

Attorneys for Alfred "Jack" Jackson, Sage Kendall,
Kristina Hernandez, and Jackson Holdings, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FIRST TECHNOLOGY FEDERAL CREDIT UNION,<br><br>　　　　Plaintiff.<br><br>vs.<br><br>LPL FINANCIAL, LLC, OSAIC WEALTH INC., ALFRED "JACK" JACKSON, SAGE KENDALL, KRISTINA HERNANDEZ, FAMILY TREE FINANCIAL, LLC, and JACKSON HOLDINGS, LLC,<br><br>　　　　Defendants. | Case No. 1:25-cv-00582-BLW<br><br>**MOTION TO STAY PENDING ARBITRATION** |

　　　　Defendants Alfred "Jack" Jackson ("Jackson"), Kristina Hernandez ("Hernandez"), and

Jackson Holdings, LLC ("Holdings"), by their undersigned counsel and pursuant to Section 3 of

the Federal Arbitration Act, 9 U.S.C. § 3, move to stay these proceedings as to Jackson, Hernandez

MOTION TO STAY PENDING ARBITRATION –1

and Holdings due to the pending arbitration before the Dispute Resolution Section of FINRA initiated by Plaintiff and state as follows:

1. Plaintiff initiated this action against Jackson, Hernandez and Holdings as well as other Defendants for purposes of obtaining temporary injunctive relief in connection with a simultaneously filed arbitration action before the Dispute Resolution Section of FINRA, FINRA Case No. 25-02255.

2. The Statement of Claim in FINRA Case No. 25-02255 is nearly identical to the Complaint filed in this matter.

3. The Court has addressed the issue of whether Plaintiff is entitled to injunctive relief against Jackson, Hernandez and Holdings and has denied Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

4. Because the issue of temporary injunctive relief has been decided, there is no need for the Court to take any further action with respect to the claims against Jackson, Hernandez and Holdings.

5. As such, pursuant to the Federal Arbitration Act and the Supreme Court's decision in *Smith v. Spizzirri*, 601 U.S. 472 (2024), the proceedings against Jackson, Hernandez and Holdings should be stayed pending the completion of the FINRA Case No. 25-02255.

WHEREFORE, Defendants Alfred "Jack" Jackson, Kristina Hernandez and Jackson Holdings, LLC respectfully request that the Court enter an Order staying all further proceedings against them in this matter.

Respectfully submitted this 7th day of November, 2025

HOLLAND & HART LLP

By: */s/Anne Henderson Haws*
    Joshua D. Hurwit
    Anne Henderson Haws

MOTION TO STAY PENDING ARBITRATION –1

Theodore E. Harman (Admitted Pro Hac Vice)
Ryan W. Mitsos (Admitted Pro Hac Vice)
LAWRENCE KAMIN LAW

Attorneys for Defendants Alfred "Jack" Jackson, Kristina Hernandez, and Jackson Holdings, LLC

36251360_v1