Joshua D. Hurwit (ISB #9527)
Anne Henderson Haws (ISB #10412)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
jdhurwit@hollandhart.com
ahhaws@hollandhart.com

Theodore E. Harman (*Admitted Pro Hac Vice*)
Ryan W. Mitsos (*Admitted Pro Hac Vice*)
LAWRENCE KAMIN LAW
300 S. Wacker Dr., Suite 500
Chicago, IL 60606
Telephone: 312.469.3204
tharman@lawrencekaminlaw.com
rmitsos@lawrencekaminlaw.com

Attorneys for Alfred "Jack" Jackson, Sage Kendall,
Kristina Hernandez, and Jackson Holdings, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FIRST TECHNOLOGY FEDERAL CREDIT UNION,<br><br>Plaintiff.<br><br>vs.<br><br>LPL FINANCIAL, LLC, OSAIC WEALTH INC., ALFRED "JACK" JACKSON, SAGE KENDALL, KRISTINA HERNANDEZ, FAMILY TREE FINANCIAL, LLC, and JACKSON HOLDINGS, LLC,<br><br>Defendants. | Case No. 1:25-cv-00582-BLW<br><br>**MOTION TO STAY PENDING ARBITRATION** |

Defendant Sage Kendall ("Kendall"), by his undersigned counsel and pursuant to Section 3 of the Federal Arbitration Act, 9 U.S.C. §3, moves to stay these proceedings as to Kendall due to the pending arbitration before the Dispute Resolution Section of FINRA initiated by Plaintiff and state as follows:

MOTION TO STAY PENDING ARBITRATION –1

1.  Plaintiff initiated this action against Kendall as well as other defendants for purposes of obtaining temporary injunctive relief in connection with a simultaneously filed arbitration action before the Dispute Resolution Section of FINRA, FINRA Case No.25-02255.

2.  The Statement of Claim in FINRA Case No. 25-02255 is nearly identical to the Complaint filed in this matter.

3.  The Court has addressed the issue of whether Plaintiff is entitled to injunctive relief against Kendall and has denied Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

4.  Because the issue of temporary injunctive relief has been decided, there is no need for the Court to take any further action with respect to the claims against Kendall.

5.  As such, pursuant to the Federal Arbitration Act and the Supreme Court's decision in *Smith v. Spizzirri*, 601 U.S. 472 (2024), the proceedings against Kendall should be stayed pending the completion of the FINRA Case No. 25-02255.

WHEREFORE, Defendant Sage Kendall respectfully requests that the Court enter an Order staying all further proceedings against him in this matter.

Respectfully submitted this 10th day of November, 2025

        HOLLAND & HART LLP

        By: */s/Anne Henderson Haws*
           Joshua D. Hurwit
           Anne Henderson Haws

           Theodore E. Harman (Admitted Pro Hac Vice)
           Ryan W. Mitsos (Admitted Pro Hac Vice)
           LAWRENCE KAMIN LAW

           Attorneys for Defendants Alfred "Jack" Jackson, Kristina Hernandez, and Jackson Holdings, LLC