Niel Prosser (TN Bar No. 11647/CO Bar No. 58650)
Kyle Johnson (TN Bar No. 36066/CO Bar No. 58644)
Alex Bunn (TN Bar No. 40490/CO Bar No. 58512)
(*admitted pro hac vice*)
**Prosser & Johnson, PLLC**
5865 Ridgeway Center Parkway, Suite 300
Memphis, TN 38120
Telephone: (901) 820-4433
Facsimile: (901) 767-0704
np@prosserlaw.com
kjohnson@prosserlaw.com
abunn@prosserlaw.com

Alexander P. McLaughlin (ISB No. 7977)
Robert B. White (ISB No. 4438)
**Givens Pursley LLP**
601 W. Bannock St.
Boise, ID 83702
Telephone: (208) 388-1200
Facsimile: (208) 388-1300
alexmclaughlin@givenspursley.com
rbw@givenspursley.com

*Counsel for Plaintiff, First Technology Federal Credit Union*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FIRST TECHNOLOGY FEDERAL CREDIT UNION,<br><br>              Plaintiff,<br><br>v.<br><br>LPL FINANCIAL, LLC, OSAIC WEALTH INC., ALFRED "JACK" JACKSON, SAGE KENDALL, KRISTINA HERNANDEZ, FAMILY TREE FINANICAL, LLC, AND JACKSON HOLDINGS LLC,<br><br>              Defendants. | CASE NO. 1:25-cv-00582 BLW<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR EXPEDITED DISCOVERY (DKT. 6)** |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR EXPEDITED DISCOVERY (DKT. 6)**

COMES NOW Plaintiff, First Technology Federal Credit Union ("Plaintiff"), by and through its undersigned counsel of record, to respectfully notify the Court and all Defendants of Plaintiff's withdrawal of its pending Motion for Expedited Discovery (DKT. 6) as moot in light of the Court's Order denying Plaintiff's Motion for Temporary Restraining Order and to Set Later Hearing on Plaintiff's Motion for Preliminary Injunction (DKT. 46).

Respectfully submitted this 13th day of November, 2025.

            **PROSSER & JOHNSON, PLLC**

            */s/ Niel Prosser*
            Niel Prosser
            Kyle Johnson
            Alex Bunn

            **GIVENS PURSLEY LLP**

            */s/ Alexander P. McLaughlin*
            Robert B. White
            Alexander P. McLaughlin

mailto:
            *Attorneys for First Technology Federal Credit Union*

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR EXPEDITED DISCOVERY (DKT. 6)**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on November 13, 2025, I served a copy of the foregoing on CM/ECF Registered Participants via electronic mail as reflected below:

***Attorneys for Osaic Wealth, Inc. & Family Tree Financial LLC***

| | |
|---|---|
| Kira Dale | ☒ ECF Email |
| Ashton G. Ruff | kdale@kmclaw.com |
| KIRTON MCCONKIE | aruff@kmclaw.com |
| | |
| Amir Tadjedin | ☒ ECF Email |
| Jule Engbloom | amirt@ttelawgroup.com |
| Vera Warren | juliee@ttelawgroup.com |
| TADJEDIN THOMAS & ENGBLOOM LAW GROUP | veraw@ttelawgroup.com |

***Attorneys for LPL Financial, LLC***

| | |
|---|---|
| Nicole C. Hancock | ☒ ECF Email |
| Bradley R. Prowant | nicole.hancock@stoel.com |
| STOEL RIVES LLP | bradley.prowant@stoel.com |
| | |
| Samuel P. Mauch | ☒ ECF Email |
| Eric A. Michaels | smauch@saretsky.com |
| SARETSKY HART MICHAELS + GOULD PC | emichaels@saretsky.com |

***Attorneys for Alfred "Jack" Jackson, Sage Kendall, Kristina Hernandez and Jackson Holdings, LLC***

| | |
|---|---|
| Joshua D. Hurwit | ☒ ECF Email |
| Anne Henderson Haws | JDHurwit@hollandhart.com |
| HOLLAND & HART LLP | AHHaws@hollandhart.com |
| | |
| Theodore E. Harman | ☒ ECF Email |
| Ryan W. Mitsos | tharman@LawrenceKaminLaw.com |
| LAWRENCE KAMIN LAW | rmitsos@LawrenceKaminLaw.com |

      AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

                                          /s/ Alexander P. McLaughlin
                                           Alexander P. McLaughlin

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR EXPEDITED DISCOVERY (DKT. 6)**