NICOLE C. HANCOCK, Bar No. 6899
nicole.hancock@stoel.com
BRADLEY R. PROWANT, Bar No. 12335
bradley.prowant@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

SAMUEL P. MAUCH, *admitted pro hac vice*
smauch@saretsky.com
ERIC A. MICHAELS, *admitted pro hac vice*
emichaels@saretsky.com
SARETSKY HART MICHAELS + GOULD PC
995 South Eton
Birmingham, Michigan, 48009
Telephone: 248.502.330

*Attorneys for Defendant LPL Financial, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FIRST TECHNOLOGY FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>LPL FINANCIAL, LLC, OSAIC WEALTH INC., ALFRED "JACK" JACKSON, SAGE KENDALL, KRISTINA HERNANDEZ, FAMILY TREE FINANCIAL, LLC, AND JACKSON HOLDINGS, LLC,<br><br>Defendants. | Case No. 1:25-cv-00582-BLW<br><br>STIPULATION TO EXTEND DEADLINE TO ANSWER |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and District of Idaho Local Rule 6.1(a), Plaintiff First Technology Federal Credit Union on the one side, and Defendants LPL Financial, LLC, Osaic Wealth Inc., and Family Tree Financial, LLC (collectively "Defendants")

on the other side, by and through their respective counsel of record, hereby stipulate and jointly move the Court for an order extending Defendants' deadline to respond to Plaintiff's Complaint (Dkt. 1) to December 12, 2025.

Good cause exists for the extension. Defendants declined to proceed to arbitration before the Financial Industry Regulatory Authority ("FINRA"). The additional 30 days will allow Defendants adequate time to finalize their positions and prepare the appropriate filings. Plaintiff does not oppose this request.

This is LPL' first request to extend the deadline, and Osaic and Family Tree's second request to extend this deadline. The requested extension is not intended to affect any other dates or deadlines set by the Court.

DATED:  November 14, 2025                                    STOEL RIVES LLP


*/s/ Nicole C. Hancock*
NICOLE C. HANCOCK, Bar No. 6899
nicole.hancock@stoel.com
BRADLEY R. PROWANT, Bar No. 12335
bradley.prowant@stoel.com

*Attorneys for Defendant LPL Financial, LLC*

| DATED: November 14, 2025 | KIRTON MCCONKIE |
|---|---|
| | */s/ Kira Dale* <br> KIRA DALE <br><br> TTE LAW GROUP LLP <br><br> */s/ Amir Tadjedin* <br> AMIR TADJEDIN <br><br> *Attorneys for Defendants Osaic Wealth, Inc. and Family Tree Financial LLC* |
| DATED: November 14, 2025 | PROSSER & JOHNSON, PLLC <br><br> */s/ Niel Prosser* <br> NIEL PROSSER <br><br> GIVENS PURSLEY LLP <br><br> */s/ Robert White* <br> ROBERT WHITE <br><br> *Attorneys for Plaintiff First Technology Federal Credit Union* |