NICOLE C. HANCOCK, Bar No. 6899
nicole.hancock@stoel.com
BRADLEY R. PROWANT, Bar No. 12335
bradley.prowant@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

SAMUEL P. MAUCH, *admitted pro hac vice*
smauch@saretsky.com
ERIC A. MICHAELS, *admitted pro hac vice*
emichaels@saretsky.com
SARETSKY HART MICHAELS + GOULD PC
995 South Eton
Birmingham, MI 48009
Telephone: 248.502.330

*Attorneys for Defendant LPL Financial LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FIRST TECHNOLOGY FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>LPL FINANCIAL LLC, OSAIC WEALTH INC., ALFRED "JACK" JACKSON, SAGE KENDALL, KRISTINA HERNANDEZ, FAMILY TREE FINANCIAL, LLC, AND JACKSON HOLDINGS, LLC,<br><br>Defendants. | Case No. 1:25-cv-00582-BLW<br><br>**MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant LPL Financial LLC ("LPL") moves to dismiss the complaint of Plaintiff First Technology Federal Credit Union. LPL's motion is supported by its contemporaneously filed memorandum of law.

DATED: December 12, 2025

STOEL RIVES LLP

*/s/ Nicole C. Hancock*
NICOLE C. HANCOCK, Bar No. 6899
nicole.hancock@stoel.com
BRADLEY R. PROWANT, Bar No. 12335
bradley.prowant@stoel.com

*Attorneys for Defendant LPL Financial LLC*