Kira Dale (ISB No. 6571)
Ashton G. Ruff (ISB No. 12220)
**KIRTON MCCONKIE**
1100 W. Idaho St., Ste. 930
Boise, ID 83702
Telephone: (208) 370-3325
Facsimile: (208) 370-3324
kdale@kmclaw.com
aruff@kmclaw.com

Amir Tadjedin (OSB No. 055613) (*pro hac vice*)
Julie Engbloom (OSB No. 066988) (*pro hac vice*)
Vera Warren (OSB No. 194747) (*pro hac vice*)
**TADJEDIN THOMAS & ENGBLOOM LAW GROUP LLP**
1211 NW Glissan St., Ste. 203
Portland, OR 97209
Telephone: (503) 224-9294
Facsimile: (503) 229-0405
amirt@ttelawgroup.com
juliee@ttelawgroup.com
veraw@ttelawgroup.com

*Attorneys for Defendants Osaic Wealth, Inc.
  and Family Tree Financial LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FIRST TECHNOLOGY FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>LPL FINANCIAL, LLC; OSAIC WEALTH, INC.; ALFRED "JACK" JACKSON; SAGE KENDALL; KRISTINA HERNANDEZ; FAMILY TREE FINANCIAL LLC; and JACKSON HOLDINGS, LLC,<br><br>Defendants. | Case No. 1:25-cv-00582-BLW<br><br>**DEFENDANTS OSAIC WEALTH, INC. AND FAMILY TREE FINANCIAL LLC'S MOTION TO DISMISS** |

Defendants Osaic Wealth, Inc. and Family Tree Financial LLC (collectively, "Osaic Defendants") hereby file this Motion to Dismiss ("Motion") pursuant to Federal Rule of Civil Procedure 12(b)(6). This Motion is further supported by a memorandum of law, the *Memorandum in Support of Defendant Osaic Wealth, Inc. and Family Tree Financial LLC's Motion to Dismiss*, filed contemporaneously herewith. For relief, the Osaic Defendants seek an order dismissing Plaintiff First Technology Credit Union's Complaint in its entirety and with prejudice.

DATED this 12th day of December, 2025.

**KIRTON MCCONKIE**

*/s/ Kira Dale*
Kira Dale

**TTE LAW GROUP LLP**

*/s/ Amir Tadjedin*
Amir Tadjedin
Julie Engbloom
Vera Warren

*Attorneys for Defendants Osaic Wealth, Inc. and Family Tree Financial LLC*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December, 2025, I electronically filed the foregoing document through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **Alexander Rudman Bunn**
  abunn@prosserlaw.com

- **Nicole C Hancock**
  nicole.hancock@stoel.com, gina.wyner@stoel.com, maren.armbrust@stoel.com, docketclerk@stoel.com, julie.deshaw@stoel.com, hillary.bibb@stoel.com, tracy.horan@stoel.com, emina.hasanovic@stoel.com, karissa.armbrust@stoel.com

- **Theodore E Harman**
  tharman@lawrencekaminlaw.com

- **Anne Henderson Haws**
  aehenderson@hollandhart.com, intaketeam@hollandhart.com, cmcarvalho@hollandhart.com

- **Kyle Daniel Johnson**
  kjohnson@prosserlaw.com, tberry@prosserlaw.com, abunn@prosserlaw.com, np@prosserlaw.com

- **Samuel P Mauch**
  smauch@saretsky.com, skopmar@saretsky.com, kfiema@saretsky.com, mhart@saretsky.com

- **Alexander P. McLaughlin**
  alexmclaughlin@givenspursley.com, stacywardein@givenspursley.com, tmh@givenspursley.com

- **Eric A Michaels**
  emichaels@saretsky.com, skopmar@saretsky.com, smauch@saretsky.com, kfiema@saretsky.com, mhart@saretsky.com

- **Bradley R. Prowant**
  bradley.prowant@stoel.com, docketclerk@stoel.com, christina.hartman@stoel.com

- **Robert Blaine White**
  rbw@givenspursley.com, kendrah@givenspursley.com, mhw@givenspursley.com

and any others as listed on the Court's ECF Notice.

                                             */s/ Kira Dale*
                                             Kira Dale