Niel Prosser (TN Bar No. 11647/CO Bar No. 58650)
Kyle Johnson (TN Bar No. 36066/CO Bar No. 58644)
Alex Bunn (TN Bar No. 40490/CO Bar No. 58512)
(*admitted pro hac vice*)
**Prosser & Johnson, PLLC**
5865 Ridgeway Center Parkway, Suite 300
Memphis, TN 38120
Telephone: (901) 820-4433
Facsimile: (901) 767-0704
np@prosserlaw.com
kjohnson@prosserlaw.com
abunn@prosserlaw.com

Alexander P. McLaughlin (ISB No. 7977)
Robert B. White (ISB No. 4438)
**Givens Pursley LLP**
601 W. Bannock St.
Boise, ID 83702
Telephone: (208) 388-1200
Facsimile: (208) 388-1300
alexmclaughlin@givenspursley.com
rbw@givenspursley.com

*Counsel for Plaintiff, First Technology Federal Credit Union*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FIRST TECHNOLOGY FEDERAL CREDIT UNION,<br><br>      Plaintiff,<br><br>v.<br><br>LPL FINANCIAL, LLC, OSAIC WEALTH INC., ALFRED "JACK" JACKSON, SAGE KENDALL, KRISTINA HERNANDEZ, FAMILY TREE FINANICAL, LLC, AND JACKSON HOLDINGS LLC,<br><br>      Defendants. | CASE NO. 1:25-cv-00582 BLW<br><br>**STIPULATION TO EXTEND DEADLINE FOR FIRST TECHNOLOGY'S RESPONSES TO PENDING MOTIONS TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and District of Idaho Local Rule 6.1(a), Plaintiff, First Technology Federal Credit Union ("First Tech"), on the one side, and Defendants LPL Financial, LLC, Osaic Wealth Inc., and Family Tree Financial, LLC (collectively "Defendants") on the other side, by and through their respective counsel of record, hereby stipulate and jointly move the Court for an order extending First Tech's deadline to file responses to the two Motions to Dismiss (Dkt. 58 and 59) (the "Motions to Dismiss") filed by Defendants on December 12, 2025. First Tech's current deadline is January 2, 2026, and the requested 14-day extension would move this deadline to January 16, 2026.

Good cause exists for the extension. These Motions seek dismissal of First Tech's claims and the current deadline of January 2, 2026, immediately follows the upcoming Christmas and New Year holidays, when, among other things, client contacts and witnesses are less available. An additional 14 days will allow First Tech adequate time to finalize its positions and prepare the appropriate responses. This is the first extension that First Tech has sought in this case. The Defendants do not oppose this request.

DATED: December 23, 2025

                                            PROSSER & JOHNSON, PLLC

                                            */s/ Niel Prosser*
                                            Niel Prosser
                                            Kyle Johnson
                                            Alex Bunn

                                            GIVENS PURSLEY LLP

                                            */s/ Alexander P. McLaughlin*
                                            Robert B. White
                                            Alexander P. McLaughlin

                                            *Attorneys for First Technology Federal Credit Union*

| | |
|---|---|
| DATED: December 23, 2025 | STOEL RIVES LLP |
| | |
| | */s/ Nicole Hancock* |
| | Nicole C. Hancock |
| | Jeremy D. Sacks |
| | |
| | *Attorneys for Defendant LPL Financial, LLC* |
| | |
| DATED: December 23, 2025 | |
| | TADJEDIN THOMAS & ENGBLOOM LAW GROUP |
| | |
| | */s/ Amir Tadjedin* |
| | Amir Tadjedin |
| | |
| | *Attorneys for Defendants Osaic Wealth, Inc. and Family Tree Financial LLC* |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2025, I served a copy of the foregoing on CM/ECF Registered Participants via electronic mail as reflected below:

***Attorneys for Osaic Wealth, Inc. & Family Tree Financial LLC***

| | |
|---|---|
| Kira Dale | ☒ ECF Email |
| Ashton G. Ruff | kdale@kmclaw.com |
| KIRTON MCCONKIE | aruff@kmclaw.com |

| | |
|---|---|
| Amir Tadjedin | ☒ ECF Email |
| Jule Engbloom | amirt@ttelawgroup.com |
| Vera Warren | juliee@ttelawgroup.com |
| TADJEDIN THOMAS & ENGBLOOM LAW GROUP | veraw@ttelawgroup.com |

***Attorneys for LPL Financial, LLC***

| | |
|---|---|
| Nicole C. Hancock | ☒ ECF Email |
| Bradley R. Prowant | nicole.hancock@stoel.com |
| STOEL RIVES LLP | bradley.prowant@stoel.com |

| | |
|---|---|
| Samuel P. Mauch | ☒ ECF Email |
| Eric A. Michaels | smauch@saretsky.com |
| SARETSKY HART MICHAELS + GOULD PC | emichaels@saretsky.com |

***Attorneys for Alfred "Jack" Jackson, Sage Kendall, Kristina Hernandez and Jackson Holdings, LLC***

| | |
|---|---|
| Joshua D. Hurwit | ☒ ECF Email |
| Anne Henderson Haws | JDHurwit@hollandhart.com |
| HOLLAND & HART LLP | AHHaws@hollandhart.com |

| | |
|---|---|
| Theodore E. Harman | ☒ ECF Email |
| Ryan W. Mitsos | tharman@LawrenceKaminLaw.com |
| LAWRENCE KAMIN LAW | rmitsos@LawrenceKaminLaw.com |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

/s/ Alexander P. McLaughlin
Alexander P. McLaughlin